

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00094-CV

**IN THE INTEREST OF K.A.C.G.F. AND J.E.G.F., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00383
Honorable Martha Tanner, Judge Presiding

# O R D E R

In this accelerated appeal of the February 17, 2016 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on April 4, 2016. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by April 25, 2016. *See id.* Further motions for extension of time to file Appellant's brief will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court